# Supreme Court of Florida

_____

No. SC21-29

_____

**IN RE: AMENDMENTS TO FLORIDA RULE FOR CERTIFIED AND COURT-APPOINTED MEDIATORS 10.140.**

August 26, 2021

PER CURIAM.

The Supreme Court Committee on Alternative Dispute Resolution Rules and Policy (Committee) proposes amending the Florida Rules for Certified and Court-Appointed Mediators by creating new rule 10.140 (Operating Procedures and Authority).[1] We have jurisdiction[2] and adopt the new rule as proposed.

_____

1. The Committee proposes the amendments pursuant to *In re Committee on Alternative Dispute Resolution Rules and Policy – Responsibilities, Membership and Appointments*, Fla. Admin. Order No. AOSC20-59 (June 29, 2020), which directs the Committee to "[m]onitor court rules governing alternative dispute resolution procedures and recommend to the Court necessary amendments."

2. *See* art. V, § 2(a), Fla. Const.; § 44.106, Fla. Stat. (2020).

The Committee voted unanimously to approve proposed new rule 10.140. After the Committee filed the proposed new rule with the Court, the Court published the proposal for comment. However, no comments were received.

New rule 10.140 will authorize the Committee to promulgate, adopt, and amend operating procedures regarding training standards and procedures for certified mediation training programs, requirements for continuing mediator education for certified mediators, administrative procedures governing the certification and renewal of mediators, and any other procedures necessary to implement the rules.

Accordingly, the Florida Rules for Certified and Court-Appointed Mediators are amended as reflected in the appendix to this opinion. New language is indicated by underscoring. The amendments shall take effect immediately upon the release of this opinion.

It is so ordered.

CANADY, C.J., and POLSTON, LABARGA, LAWSON, MUÑIZ, COURIEL, and GROSSHANS, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THIS AMENDMENT.

Original Proceeding – Florida Rules for Certified and Court-Appointed Mediators

Judge Michael S. Orfinger, Chair, Committee on Alternative Dispute Resolution Rules and Policy, Daytona Beach, Florida; and Juan R. Collins, Senior Attorney, Dispute Resolution Center, Tallahassee, Florida,

for Petitioner

# APPENDIX

## Florida Rules for Certified and Court-Appointed Mediators

**PART I.   MEDIATOR QUALIFICATIONS**

### RULE 10.140.  OPERATING PROCEDURES AND AUTHORITY

The Committee on Alternative Dispute Resolution Rules and Policy shall have authority to promulgate, adopt, and amend operating procedures regarding:

(a)   training standards and procedures for certified mediation training programs;

(b)   requirements for continuing mediator education for certified mediators;

(c)   administrative procedures governing the certification and renewal of mediators; and

(d)   any other procedures necessary to implement these rules.